MARTA E. VILLACORTA (NY SBN 4918280)
Assistant United States Trustee
SUHEY RAMIREZ (NY SBN 5472022)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
280 South First St., Suite 268
San Jose, CA 95113
Telephone: (408) 535-5525
Facsimile: (408) 535-5532
Email: Suhey.Ramirez@usdoj.gov

Attorneys for United States Trustee
Tracy Hope Davis

The following constitutes the order of the Court.
Signed: September 7, 2021

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>CHUAN MIN CHANG AND<br>CHIU CHUAN WANG,<br><br>　　　　　Debtors.<br><br>UNITED STATES TRUSTEE<br>TRACY HOPE DAVIS,<br><br>　　　　　Plaintiff,<br>vs.<br><br>CHUAN MIN CHANG AND<br>CHIU CHUAN WANG,<br><br>　　　　　Defendants. | Case No. 19-51152 MEH<br>Adv. Pro. No. 21-05003<br>Chapter 7<br><br><br><br><br><br>Hearing Date: August 30, 2021<br>Time: 11:00 A.M.<br>Judge: Honorable M. Elaine Hammond |

### **DEFAULT JUDGMENT**

Based on the Defendant, Chuan Min Chang's failure to respond to Plaintiff, the United States Trustee's Complaint for Denial of Discharge pursuant to 11 U.S.C. §§ 727(a)(2) and (a)(4), the Court renders its judgment as follows:

1

Default Judgment, *in re* Chang, AP 21-05003

1. Judgment shall be entered in favor of the United States Trustee and against Defendant, Chuan Min Chang.

2. The United States Trustee is granted the following relief: Denial of Discharge under 11 U.S.C. §§ 727(a)(2) and (a)(4).

3. The Defendant, Chuan Ming Chang, is not entitled to a discharge in Bankruptcy Case No. 19-51152.

**IT IS SO ORDERED**.

***END OF JUDGMENT***

Default Judgment, *in re* Chang, AP 21-05003